UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
NORTHERN DIVISION

IN RE:                              )
                                    )
HARLEY, COREY R.                    )    CASE NO.: 09-15405
                                    )    <u>CHAPTER 7 BANKRUPTCY</u>
    Debtor.                         )

<u>**NOTICE PURSUANT TO F.R.B.P. 3010**</u>

Comes now the Trustee, Dustin M. Roach, and advises that dividends to the below-listed creditors were less than $5.00 each:

| | | |
|---|---|---|
| Claim #2 | Associates Family Medical Consultants<br>AFMC<br>6400 Rothman Road<br>Fort Wayne, IN  46835 | $ .08 |
| Claim #5 | Premiere Vacation Club<br>2111 E. Highland Avenue #200<br>Phoenix, AZ  85016 | $1.48 |
| Claim #8 | Total Recovery Service<br>2417 Spy Run Avenue #5<br>Fort Wayne, IN  46805 | $ .78 |
| Claim #10 | Citicorp Trust Bank<br>P.O. Box 140489<br>Irving, TX  75014-0489 | $4.97 |
| Claim #11 | John D. Cowan<br>203 E. Berry Street, Suite 814<br>Fort Wayne, IN  46802 | $1.33 |

Total Check Amount =  <u>$8.64</u>

Respectfully submitted,

<u>/s/ Dustin M. Roach</u>
Dustin M. Roach, Chapter 7 Trustee
436 East Wayne Street
Fort Wayne, Indiana   46802
Telephone: 260-424-8132

<u>CERTIFICATE OF SERVICE</u>

      The undersigned hereby certifies that on the 24th day of March 2011, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to the United States Trustee, 555 One Michiana Square Building, 100 East Wayne Street, South Bend, Indiana 46601, and was sent via first class United States mail, postage prepaid, to the Creditor(s) listed above at the address(es) indicated.

                                      <u>/s/ Dustin M. Roach</u>
                                      Dustin M. Roach, Trustee