UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
NORTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| HARLEY, COREY R. ) | CASE NO.: 09-15405 |
| ) | <u>CHAPTER 7 BANKRUPTCY</u> |
| Debtor. ) | |

## <u>NOTICE OF DEPOSIT OF UNCLAIMED FUNDS WITH CLERK</u>

Comes now the undersigned, Dustin M. Roach, Trustee, and by way of notice states the following:

1. The undersigned is the duly appointed Chapter 7 Trustee in the bankruptcy in the above-entitled matter.

2. The Trustee filed his Final Report And Distribution Summary on February 24, 2011, and issued checks as proposed in said proposed distribution.

3. That Check #105 issued to Premier Development Incorporated on March 23, 2011, in the amount of $7.92 was returned by the Post Office as undeliverable.

4. That the Trustee hereby gives notice that such amount of $7.92, payable to Premier Development Incorporated is being presented to the Clerk of the United States Bankruptcy Court for the benefit of such claimant.

Respectfully submitted,

<u>/s/ Dustin M. Roach</u>
Dustin M. Roach, Chapter 7 Trustee
436 East Wayne Street
Fort Wayne, Indiana   46802
Telephone: 260 / 424-8132

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 12th day of April 2011, a true and correct copy of the above and foregoing Notice Of Deposit Of Unclaimed Funds With Clerk was transmitted electronically through the Bankruptcy Court's ECF System to the United States Trustee, 555 One Michiana Square Building, 100 East Wayne Street, South Bend, Indiana 46601, and was sent via first class United States mail, postage prepaid, to: Premier Development Incorporated, 211 E. Highland Avenue #200, Phoenix, AZ 85016.

/s/ Dustin M. Roach
Dustin M. Roach, Chapter 7 Trustee
436 East Wayne Street
Fort Wayne, Indiana 46802
Telephone: 260 / 424-8132